**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EILIONORA E. DONELSON, JILL M. YOUNG,
VIVIAN I. FIRSTENBERGER, SHERYL
TARRY, VICTORIA BICE, and CHAD BICE,
individually, and as representatives of a Class
of Participants and Beneficiaries of the Meijer 401(k)
Retirement Plan I and the Meijer 401(k) Retirement
Plan II,

                Plaintiffs,

    v.

MEIJER, INC., and the BOARD OF DIRECTORS
OF MEIJER, INC.,

                Defendants.

_____

Case No. 1:25-cv-01156-HYJ-RSK

Chief Judge Hala Y. Jarbou
Magistrate Judge Ray Kent

*ORAL ARGUMENT REQUESTED*

## **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Meijer, Inc. and the Board of Directors of Meijer, Inc. (collectively, the "Defendants") hereby move to dismiss Plaintiffs' Complaint. (ECF 1.)

1.      The Complaint does not allege facts that make it plausible that Defendants breached their fiduciary duties under the Employee Retirement Income Security Act of 1974 (ERISA). Meijer contributed funds to its 401(k) plans that were forfeited when employees left Meijer before those funds fully vested. In accordance with ERISA and the terms of the Plans, Meijer used forfeited funds to make future employer matching contributions to 401(k) accounts.

2.      Plaintiffs claim this practice amounted to a breach of fiduciary duty under ERISA because Meijer should have used the forfeited funds to reduce participant fees. As numerous courts deciding identical claims have held, this does not amount to a plausible claim for fiduciary breach under ERISA, for several reasons. *See, e.g.*, *Hutchins v. HP Inc*. 767 F. Supp. 3d 912, 922 (N.D. Cal. 2025). First, ERISA does not require fiduciaries to act in a way what maximizes

1

benefits for participants. Second, the Department of Labor and the Department of Treasury, the agencies that enforce ERISA, have long supported the use of forfeited unvested employer contributions to apply toward future employer contributions. Third, Plaintiffs cannot state a claim by alleging that Defendants were "conflicted" in deciding how to use forfeitures because a potential for a conflict does not state a plausible claim for fiduciary breach. And last, Plaintiffs' theory would require this Court to hold, as a matter of law, that there is only one proper use for forfeited assets, which is incompatible with ERISA's flexible duty of prudence standard.

3.     This motion is based on the Memorandum in Support of Defendants' Motion to Dismiss; the pleadings, papers, and records in this action; and such further evidence or argument as Defendants may present prior to or at any hearing.

Dated: October 24, 2025                    Respectfully submitted,


                                           /s/  Kelly Petrocelli

                                           Richard J. Pearl
                                           Attorney Bar Number: 6275676 (IL)
                                           Kelly Petrocelli
                                           Attorney Bar Number: P71876 (MI)
                                           Faegre Drinker Biddle & Reath LLP
                                           320 South Canal Street, Suite 3300
                                           Chicago, IL 60606
                                           Telephone: 312-569-1000
                                           Fax: 312-569-3000
                                           rick.pearl@faegredrinker.com
                                           kelly.petrocelli@faegredrinker.com

                                           Brandon C. Hubbard
                                           Attorney Bar Number: P71085 (MI)
                                           Maureen J. Moody
                                           Attorney Bar Number: P85032 (MI)
                                           Dickinson Wright PLLC
                                           123 W. Allegan Street, Suite 900
                                           Lansing, MI 48933
                                           Telephone: 517-371-1730
                                           Fax: 844-670-6009
                                           bhubbard@dickison-wright.com

2

mmoody@dickinson-wright.com

*Attorneys for Defendants Meijer, Inc, and The Board of Directors of Meijer, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: October 24, 2025                                    */s/  Kelly Petrocelli*