UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EILIONORA E. DONELSON, et al.,

      Plaintiffs,

                                            Case No. 1:25-cv-1156

v.

                                            Hon. Hala Y. Jarbou

MEIJER, INC., et al.,

      Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED**.

Dated: December 29, 2025            /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE